## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| **JAMES K. BENEFIELD** and **CAROLYN SUE SCOTT;** individually and on behalf of others similarly situated, being the members of Proposed Class A; **ELGIN EDWARDS** and **DANYELL SLAYTON,** individually and on behalf of others similarly situated, being the members of Proposed Class B; and **LORI ABBOTT** and **DONALD RAY JOHNSON,** individually and on behalf of others similarly situated, being the members of Proposed Class C; all of whom are citizens of Alabama, | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:09-cv-00232 |
|  | ) | **The Hon. Charles S. Coody** |
|  | ) | **United States Magistrate Judge** |
| Plaintiffs, | ) |  |
| vs. | ) |  |
|  | ) |  |
| **INTERNATIONAL PAPER COMPANY**, a New York corporation (Alabama No. F/C 853-624) | ) ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

## MOTION OF DEFENDANT INTERNATIONAL PAPER COMPANY TO TRANSFER CASE

Defendant International Paper Company respectfully moves this Court for an order under Federal Rule of Civil Procedure 42(a)(3) transferring this case to the Honorable W. Harold Albritton, III "to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a)(3). Judge Albritton is presiding over *Brantley et al. v. International Paper Co.*, No. 2:09-cv-00230-WHA (M.D. Ala.), a case that was filed before this one, and that is identical to this case in all relevant respects. A memorandum of points and authorities in support of Defendant's motion is filed herewith.

Dated: April 8, 2009                              Respectfully submitted,

/s/ *Casey L. Butts*_____
Casey L. Butts (ASB – 3042 – A35B)
One of the attorneys for Defendant
International Paper Company

**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**
200 South Lamar Street
City Centre, Suite 100
Jackson, MS  39201-4099


**OF COUNSEL**

Daniel W. Nelson
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Ave., N.W.
Washington, DC 20036

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on this 8th day of April, 2009, I electronically filed the foregoing **Motion of Defendant International Paper Company to Transfer Case** with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

      Robert Leslie Palmer, State Court ID No. PAL007
      Gregory A. Cade, State Court ID No. CAD010
      Environmental Litigation Group, P.C.
      3529 Seventh Avenue South
      Birmingham, Alabama 35222
      Telephone:  205-328-9200
      Facsimile:  205-328-9206


      J. Edward Bell, III, South Carolina Bar No. 631
      J. Ryan Heiskell, South Carolina Bar No. 76960
      Law Offices of J. Edward Bell, III, L.L.C.
      232 King Street
      Georgetown, South Carolina 29440
      Telephone:  843-546-2408
      Facsimile:  843-546-9604

                        */s/ Casey L. Butts*
                        Casey L. Butts