IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES K. BENEFIELD, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL ACT. NO.  2:09cv232-CSC |
| | ) |
| INTERNATIONAL PAPER COMPANY, | ) |
| | ) |
|     Defendant. | ) |

**O R D E R**

Now pending before the court are the defendant's motion to transfer (doc. # 10) filed on April 8, 2009. After being given the opportunity, the plaintiffs have nothing in opposition to the motion. Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the motion to transfer (doc. # 10) be and is hereby GRANTED.

The Clerk of the Court is DIRECTED to take the necessary steps to reassign this case to United States District Judge W. Harold Albritton.

Done this 28th day of April, 2009.

                                            /s/Charles S. Coody
                                      CHARLES S. COODY
                                      UNITED STATES MAGISTRATE JUDGE